UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRISHA FLOYD and CHRISTOPHER
FLOYD, on their own behalf and on
behalf of their minor child S.F.

       Plaintiffs,

v.                                                    Case No: 2:15-cv-795-FtM-38CM

THE CITY OF SANIBEL,
COMMUNITY HOUSING AND
RESOURCES, INC. and KELLY
COLLINI,

       Defendants.
_____/

## **ORDER**[1]

      This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal of Defendants Community Housing and Resources, Inc. and Kelly Collini (Doc. 47). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to dismiss an action voluntarily before the opposing party serves either an answer or a motion for summary judgment. This dismissal is effective upon filing and requires no further action by the Court. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Here,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiffs have voluntarily dismissed Defendants Community Housing and Resources, Inc. and Kelly Collini in accordance with Rule 41.

Accordingly, it is now

**ORDERED:**

(1) This action is **DISMISSED with prejudice** as against Community Housing Resources, Inc. and Kelly Collini **only**.

(2) The Clerk of Court is directed to terminate Community Housing Resources, Inc. and Kelly Collini from the file. The case remains open as to the remaining party.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of October, 2017.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record